# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CATHERINE SANDERS,<br><br>DEBTOR. | CHAPTER 7<br><br>CASE NO. 21-53015-wlh |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Rule 9010, Federal Rules of Bankruptcy Procedure, the undersigned attorney hereby makes an appearance in the above-captioned bankruptcy case on behalf of Cathy L. Scarver, as Chapter 7 Trustee of Sanders Family Enterprises, Inc. Request is hereby made that all notices of the matters arising in the above-referenced case be duly served on the undersigned at the address noted herein.

This 5th day of May 2021.

                                        **SMALL HERRIN, LLP**
                                        **COUNSEL FOR CATHY L. SCARVER AS**
                                        **CHAPTER 7 TRUSTEE OF SANDERS**
                                        **FAMILY ENTERPRISES, INC.**

                                        By:    /s/ Anna M. Humnicky
                                                Anna M. Humnicky
                                                Georgia Bar No.: 377850

2727 Paces Ferry Road
Building 2, Suite 200
Atlanta, GA 30339
(D) 770-857-4770
ahumnicky@smallherrin.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>CATHERINE SANDERS,<br><br>DEBTOR. | CHAPTER 7<br><br>CASE NO. 21-53015-wlh |

## CERTIFICATE OF SERVICE

I, Anna M. Humnicky, certify that I am over the age of 18 and on May 5, 2021, I filed and served copies of the *Notice of Appearance* by using the Bankruptcy Court's Electronic Case Filing program which sends a notice of the above-listed document and an accompanying link to the document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

This 5th day of May 2021

By: /s/ Anna M. Humnicky
Anna M. Humnicky
Georgia Bar No. 377850

Small Herrin, LLP
2727 Paces Ferry Road
Building 2, Suite 200
Atlanta, GA 30339
(D) 770-857-4770
ahumnicky@smallherrin.com

4821-9975-1912, v. 2