IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CATHERINE SANDERS, | : | CASE NO. 21-53015-wlh |
| | : | |
| Debtor. | : | |
| _____ | : | |

SECOND MOTION TO EXTEND TIME TO FILE
SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS
AND RELATED DOCUMENTS

COMES NOW Catherine Sanders. ("Debtor"), by and through undersigned counsel, and hereby files this "Second Motion to Extend Time to File Schedules, Statement of Financial Affairs, and Related Documents"" ("Motion"). In support of the Motion, Debtor shows the Court as follows:

1. On April 14, 2021, Debtor filed a skeletal petition for relief under Chapter 7 of Title 11 of the United States Code..

2. The deadline for completion of schedules, statement of financial affairs, and related documents is April 28, 2021. A prior extension through and including May 5, 2021 was entered

3. Due to an unexpected family medical issue, Debtor's counsel was unavailable and the parties are still reviewing and finalizing documents.. Debtor requests an additional five (5) days through and including May 10, 2021, to complete the schedules, statement of financial affairs, and related documents.

WHEREFORE, Debtor requests entry of an order, without further order or notice and submitted contemporaneously herewith, extending the deadline for filing schedules, statement of financial affairs and related documents, through and including May 10, 2021.

Submitted this the 5th day of May, 2021.

                                                M. DENISE DOTSON, LLC

                                                /s/
                                                M. Denise Dotson
                                                Georgia bar No. 227230
                                                PO Box 767
                                                Avondale Estates, GA 30002
                                                (404) 210-0166
                                                denise@mddotsonlaw.com

CERTIFICATE OF SERVICE

    I, M. Denise Dotson, certify that I caused a true and correct copy of the foregoing to be served via first class United States mail in a properly addressed envelope with sufficient postage affixed thereon upon the parties listed below.

Neil Gordon
Arnall Golden Gregory
171 17th Street, NW
Atlanta, GA 30363

    Submitted this the 5th day of May 2021

    M. DENISE DOTSON, LLC

    /s/
M. Denise Dotson
Georgia bar No. 227230
PO Box 767
Avondale Estates, GA 30002
(404) 210-0166
denise@mddotsonlaw.com