**IT IS ORDERED as set forth below:**



**Date: May 6, 2021**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-53015-WLH |
| | ) | |
| CATHERINE SANDERS | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE WENDY L. HAGENAU |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 7 SCHEDULES AND RELATED DOCUMENTS

This matter arose upon the Second Motion of Debtor(s) for an extension of time to file schedules and statements required by Bankruptcy Rule 1007 and 11 U.S.C. §521 [Docket No. 12]. It appears that just cause exists for the granting of such Application. The case docket reflects the §341 Meeting of Creditors is to be held on May 18, 2021.

Accordingly, it is hereby

**ORDERED** that the time for said Debtor(s) to file the schedules and related documents is hereby extended to **May 10, 2021**.

The Clerk is directed to serve a copy of this order on the Debtor(s), the Chapter 7 Trustee and all the parties on the Mailing Matrix.

**END OF DOCUMENT**