IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.21-53015 |
| | : | |
| **Catherine Sanders** , | : | CHAPTER 7 |
| | : | |
| **Debtor.** | : | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   **For legal services, I have agreed to accept**: a non-refundable payment of $1,25000 for professional fees and services to be rendered in respect to Bankruptcy matters and $338.00 for the Chapter 7 Filing Fee.  Prior to filing the debtor has paid $1,250.00 for professional fees and $338.00 The Debtor has agreed to pay fees billed at the normal hourly rates of M. Denise Dotson, LLC, for time expended on his behalf and may owe an additional amount should the actual fees and expenses exceed the advance payment set forth above.

   **Balance Due:** Undetermined, depending upon whether services are rendered or earned in excess of the advance fee.

2. The source of the compensation paid to me was: family member

3. The source of compensation to be paid to me is family member
4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above fee, I have agreed to render legal service for aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtors in determining whether to file a petition in bankruptcy;
   b) Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c) Representation of the debtor at the meeting of creditors and any adjourned hearings thereof.

### Certification

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:  May 13, 2021.

M. Denise Dotson, LLC

*/s/ M. Denise Dotson*
M. Denise Dotson
Georgia Bar No. 227230
Attorney for Debtor
PO Box 767
Avondale Estates, GA  30002
(404) 210-0166 Office
ddotsonlaw@me.com