# Earnings Statement

**ADP**

SUNRISE DETOX ALPHARETTA, LLA
2328 10TH AVE N, SUITE 301
LAKE WORTH, FL 33461

Period Beginning: 01/24/2021
Period Ending: 02/06/2021
Pay Date: 02/12/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CATHERINE ROBERTSON SANDERS
5229 BYERS ROAD
JOHNS CREEK GA 30022

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0300 | 79.72 | 1,357.63 | 3,401.23 |
| Overtime | 25.5450 | 1.43 | 36.53 | 286.61 |
| Holiday | | | | 136.24 |
| P.T.O. | | | | 544.96 |
| **Gross Pay** | | | **$1,394.16** | 4,369.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -79.99 | 251.54 |
| | Medicare Tax | -18.71 | 58.83 |
| | GA State Income Tax | -51.40 | 164.93 |
| | Federal Income Tax | | 10.94 |
| | **Other** | | |
| | Dental | -12.87* | 38.61 |
| | Medical | -49.59* | 148.77 |
| | Medical FSA | -38.46* | 115.38 |
| | Vision | -3.06* | 9.18 |
| | **Net Pay** | **$1,140.08** | |
| | Checking 1 | -400.00 | |
| | Savings 1 | -740.08 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,394.16 | 4,369.04 |
| Pto | 20.50 | |
| VJ1 | 3.38 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 2

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,290.18

© 2000 ADP, LLC

SUNRISE DETOX ALPHARETTA, LLA
2328 10TH AVE N, SUITE 301
LAKE WORTH, FL 33461

Advice number: 00000060040
Pay date: 02/12/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CATHERINE ROBERTSON SANDERS | xxxxx3795 | xxxx xxxx | $400.00 |
| | xxxxxxxxx5616 | xxxx xxxx | $740.08 |



# NON-NEGOTIABLE

# Earnings Statement

**ADP**

SUNRISE DETOX ALPHARETTA, LLA
2328 10TH AVE N, SUITE 301
LAKE WORTH, FL 33461

Period Beginning: 02/07/2021
Period Ending: 02/20/2021
Pay Date: 02/26/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

CATHERINE ROBERTSON SANDERS
5229 BYERS ROAD
JOHNS CREEK GA 30022

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0300 | 73.75 | 1,255.96 | 4,657.19 |
| Overtime | 25.5450 | 2.73 | 69.74 | 356.35 |
| Holiday | | | | 136.24 |
| P.T.O. | | | | 544.96 |
| **Gross Pay** | | | **$1,325.70** | 5,694.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -75.75 | 327.29 |
| | Medicare Tax | -17.71 | 76.54 |
| | GA State Income Tax | -47.46 | 212.39 |
| | Federal Income Tax | | 10.94 |
| | **Other** | | |
| | Dental | -12.87* | 51.48 |
| | Medical | -49.59* | 198.36 |
| | Medical FSA | -38.46* | 153.84 |
| | Vision | -3.06* | 12.24 |
| | **Net Pay** | **$1,080.80** | |
| | Checking 1 | -400.00 | |
| | Savings 1 | -680.80 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,325.70 | 5,694.74 |
| Pto | 23.88 | |
| VJ1 | 3.38 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA: Single
Exemptions/Allowances:
  GA: 2

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,221.72

© 2000 ADP, LLC

---

SUNRISE DETOX ALPHARETTA, LLA
2328 10TH AVE N, SUITE 301
LAKE WORTH, FL 33461

Advice number: 00000080037
Pay date: 02/26/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CATHERINE ROBERTSON SANDERS | xxxxx3795 | xxxx xxxx | $400.00 |
| | xxxxxxxxx5616 | xxxx xxxx | $680.80 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SUNRISE DETOX ALPHARETTA, LLA
2328 10TH AVE N, SUITE 301
LAKE WORTH, FL 33461

Period Beginning: 02/21/2021
Period Ending: 03/06/2021
Pay Date: 03/12/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

CATHERINE ROBERTSON SANDERS
5229 BYERS ROAD
JOHNS CREEK GA 30022

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0300 | 79.75 | 1,358.14 | 6,015.33 |
| Overtime | 25.5450 | .30 | 7.66 | 364.01 |
| Holiday | | | | 136.24 |
| P.T.O. | | | | 544.96 |
| **Gross Pay** | | | **$1,365.80** | 7,060.54 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -78.23 | 405.52 |
| Medicare Tax | | -18.30 | 94.84 |
| GA State Income Tax | | -49.77 | 262.16 |
| Federal Income Tax | | | 10.94 |
| **Other** | | | |
| Dental | | -12.87* | 64.35 |
| Medical | | -49.59* | 247.95 |
| Medical FSA | | -38.46* | 192.30 |
| Vision | | -3.06* | 15.30 |
| **Net Pay** | | **$1,115.52** | |
| Checking 1 | | -500.00 | |
| Savings 1 | | -615.52 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,365.80 | 7,060.54 |
| Pto | 27.26 | |
| VJ1 | 3.38 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 GA: Single
Exemptions/Allowances:
 GA: 2

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,261.82

© 2000 ADP, LLC

---

SUNRISE DETOX ALPHARETTA, LLA
2328 10TH AVE N, SUITE 301
LAKE WORTH, FL 33461

Advice number: 00000100043
Pay date: 03/12/2021

Deposited to the account of
CATHERINE ROBERTSON SANDERS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx3795 | xxxx xxxx | $500.00 |
| xxxxxxxxx5616 | xxxx xxxx | $615.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SUNRISE DETOX ALPHARETTA, LLA
2328 10TH AVE N, SUITE 301
LAKE WORTH, FL 33461

Period Beginning: 03/07/2021
Period Ending: 03/20/2021
Pay Date: 03/26/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

CATHERINE ROBERTSON SANDERS
5229 BYERS ROAD
JOHNS CREEK GA 30022

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0300 | 78.65 | 1,339.41 | 7,354.74 |
| Overtime | 25.5450 | 3.33 | 85.06 | 449.07 |
| Paid Meal | 17.0300 | .42 | 7.15 | 7.15 |
| Holiday | | | | 136.24 |
| P.T.O. | | | | 544.96 |
| **Gross Pay** | | | **$1,431.62** | 8,492.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -82.31 | 487.83 |
| | Medicare Tax | -19.25 | 114.09 |
| | GA State Income Tax | -53.55 | 315.71 |
| | Federal Income Tax | | 10.94 |
| | **Other** | | |
| | Dental | -12.87* | 77.22 |
| | Medical | -49.59* | 297.54 |
| | Medical FSA | -38.46* | 230.76 |
| | Vision | -3.06* | 18.36 |
| | **Net Pay** | **$1,172.53** | |
| | Checking 1 | -500.00 | |
| | Savings 1 | -672.53 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,327.64

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,431.62 | 8,492.16 |
| Pto | 30.64 | |
| VJ1 | 3.38 | |

**Important Notes**
BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:    Single
Exemptions/Allowances:
  GA:    2

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

SUNRISE DETOX ALPHARETTA, LLA
2328 10TH AVE N, SUITE 301
LAKE WORTH, FL 33461

Advice number: 00000120039
Pay date: 03/26/2021

**Deposited to the account of**
CATHERINE ROBERTSON SANDERS



| account number | transit ABA | amount |
|---|---|---|
| xxxxx3795 | xxxx xxxx | $500.00 |
| xxxxxxxxx5616 | xxxx xxxx | $672.53 |

**NON-NEGOTIABLE**